IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Kuffel, Donald | Case Number: 04 B 00983 |
|---|---|---|
|  | Kuffel, Karen | Judge: Squires, John H |
|  | Printed: 11/20/07 | Filed: 1/9/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 28, 2007
Confirmed: March 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,589.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,352.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 884.00 |
| Trustee Fee: |  | 351.04 |
| Other Funds: |  | 1.00 |
| Totals: | 6,589.00 | 6,589.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin Y Joseph | Administrative | 884.00 | 884.00 |
| 2. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Finance | Unsecured | 972.51 | 0.00 |
| 4. | Capital One | Unsecured | 115.79 | 124.19 |
| 5. | Triad Financial Services | Unsecured | 1,824.49 | 1,956.25 |
| 6. | ECast Settlement Corp | Unsecured | 272.25 | 291.98 |
| 7. | ECast Settlement Corp | Unsecured | 917.97 | 984.71 |
| 8. | ECast Settlement Corp | Unsecured | 149.81 | 160.66 |
| 9. | ECast Settlement Corp | Unsecured | 279.61 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 169.27 | 181.52 |
| 11. | Premier Bankcard | Unsecured | 92.02 | 98.67 |
| 12. | Capital One | Unsecured | 211.36 | 226.69 |
| 13. | Capital One | Unsecured | 330.90 | 354.80 |
| 14. | CitiFinancial | Unsecured | 711.82 | 763.58 |
| 15. | Resurgent Capital Services | Unsecured | 72.32 | 77.56 |
| 16. | Capital One | Unsecured | 123.43 | 132.35 |
| 17. | Aspire Visa | Unsecured |  | No Claim Filed |
| 18. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,127.55 | $ 6,236.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 25.18 |
| 4% | 15.25 |
| 6.5% | 126.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kuffel, Donald  
Kuffel, Karen  
Printed: 11/20/07

Case Number:  04 B 00983  
Judge:  Squires, John H  
Filed:  1/9/04

|      |        |
|-----:|-------:|
| 3%   | 17.50  |
| 5.5% | 88.59  |
| 5%   | 26.47  |
| 4.8% | 37.02  |
| 5.4% | 14.46  |
|      | _____ |
|      | $ 351.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)